7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Joseph William McCaig
*Debtor*

*Bankruptcy Case No.*
12−62027−abf7

**Liberty Bank**
    Plaintiff(s)

*Adversary Case No.*
13−06013−abf

v.

**Thomas J. O'Neal**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of the Plaintiff and against the Defendant, and that Defendant pay over to Liberty Bank the sum of $4,488.54, representing the proceeds of the bank account of McCaig LLC being held by the Trustee. Each Party to bear its own court costs incurred.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 5/23/13

Court to serve